Acupuncture Approach, P.C., a/a/o Jahmar Shaddi, Plaintiff-Appellant, -
against
New York Central Mutual Fire Insurance Company, Defendant-Respondent.



Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York County (James E. d'Auguste, J.), entered September 5, 2014, in favor of defendant dismissing the complaint. The appeal, as limited by the brief, brings up for review so much of an order (same court and Judge), entered March 17, 2014, compelling plaintiff to produce the treating provider for examination before trial.




Per Curiam. 
Judgment (James E. d'Auguste, J.), entered September 5, 2014, affirmed, with $25 costs.
We find no abuse of discretion in the grant of defendant's motion to compel plaintiff to produce witnesses for deposition. Defendant preserved its excessive treatment and fee schedule defenses in the NF-10 denial of claim forms and demonstrated that the discovery sought was material and necessary to the defense of the action (see Megacure Acupuncture, P.C. v Lancer Ins. Co., 41 Misc 3d 139[A], 2013 NY Slip Op 51994[U] [App Term, 2d, 11th & 13th Jud. Dists 2013]; Arco Med. NY, P.C. v Lancer Ins. Co., 37 Misc 3d 136[A], 2012 NY Slip Op 52178[U] [App Term, 2d, 11th & 13th Jud. Dists 2012]). Unlike the situation in Ralph Med. Diagnostics, PC v Mercury Cas. Co. (43 Misc 3d 65 [2014]), the discovery sought herein is neither unreasonable nor duplicative of information already provided. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 22, 2017